UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ROY CHETAL,

                            Plaintiff,         **ORDER**
                                                 CV 05-3014 (DRH)(ARL)

     -against-

BLS FUNDING CORP.,

                            Defendant.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is counsel for the plaintiff's renewed motion to withdraw referred to the undersigned by Judge Hurley. A telephone conference will be held on May 19, 2008 at 11:00 a.m. to address the motion. Counsel for the plaintiff is directed to initiate the call to (631) 712-5730. Mr. Chetal and all counsel must participate in the conference call.

      Mr. Chetal may submit a letter to the court indicating his position on the motion by May 15, 2008. Counsel for the plaintiff is directed to serve a copy of this order on Mr. Chetal immediately upon receipt.

Dated:  Central Islip, New York                **SO ORDERED:**
         May 9, 2008

                                                _____/s/_____
                                                ARLENE R. LINDSAY
                                                United States Magistrate Judge