UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

| | |
|---|---|
| ROY CHETAL. | ORDER DISMISSING CASE |
| | CV-05-3014 DRH |
| -against- | |
| BLS FINDING CORP. | |

----------------------------------------------------------------X

      The case having come to trial, and a stipulation of settlement having been entered on the record,

      It is hereby ordered that the case is dismissed without prejudice . The Court will retain jurisdiction and either party may reopen the case upon written application to the Court for non-compliance with the settlement agreement.

                                                      /S/
                                      DENIS R. HURLEY
                              United States District Judge

Dated: Central Islip, New York
       July 29, 2008